IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE COLLINS,

    Petitioner,                        No. CIV S-07-2709 MCE CHS P

    vs.

M.C. KRAMER, et al.,

    Respondent.                      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's November 12, 2009 order denying his petition for writ of habeas and has requested that a certificate of appealability issue.

        Petitioner challenged the execution of his life sentence, and specifically, the June 15, 2005 decision of the Board of Parole Hearings finding him unsuitable for parole. A certificate of appealability "is not required when a state prisoner challenges and administrative decision regarding the execution of his sentence." *White v. Lambert*, 370 F.3d 1002, 1010 (9th Cir. 2005), *cert. denied*, 543 U.S. 991 (2005); *see also* 28 U.S.C. § 2253(c)(1)(A) (a habeas petitioner must secure a certificate of appealability where "the detention complained of arises out of process issued by a State court").

/////

Accordingly, petitioner's December 15, 2009 notice of appeal is deemed timely filed, however, his accompanying request that a certificate of appealability issue is denied as unnecessary.

Dated: December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE